IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| RACHAEL STOREY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-00562-KBJ |
| ) | |
| CATHOLIC UNIVERSITY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### DEFEENDANT CATHOLIC UNIVERSITY OF AMERICA'S MOTION TO COMPEL DISCOVERY

Defendant, The Catholic University of America, by and through counsel, hereby files this Motion to Compel Discovery, including a complete production of documents, interrogatory responses, deposition, and Independent Medical Examination. For reasons more fully stated in the accompanying Memorandum, Defendant respectfully requests that this Honorable Court order Plaintiff to supplement her production of documents (including third-party documents) and interrogatory responses within thirty (30) days of an entry of an Order on Defendant's Motion, and order Plaintiff to submit to an IME pursuant to Rule 35 with respect to her alleged disability, and cooperate with the scheduling of her deposition to take place within fifteen (15) days of Plaintiff's discovery supplementation. Furthermore, Defendant respectfully requests an extension of the deadlines for Rule 26(a)(2) expert disclosures (currently set for August 13, 2013, and September 12, 2013) be continued to a reasonable amount of time after the Plaintiff submits to an IME.

### LCvR7(m) Duty to Confer

Pursuant to Local Civil Rule 7(m), counsel for Defendant attempted to meet and confer with counsel for Plaintiff on numerous occasions as outlined in the accompanying Memorandum.

403879.1

Plaintiff's counsel's repeated promises to contact counsel for Defendant never materialized, and any further discussion regarding this Motion would have been futile.

Dated: June 14, 2013

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Yoora Pak*
Yoora Pak (D.C. Bar No. 467007)
Michelle Bergman (D.C. Bar No. 500651)
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
yoora.pak@wilsonelser.com
michelle.bergman@wilsonelser.com
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
*Attorneys for Defendant*
*The Catholic University of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2013, a copy of the foregoing Defendant Catholic University of America's Motion to Compel was served via the Court's Case Management/Electronic Case Filing (CM/ECF) system on the following:

Bruce M. Bender, Esquire
Axelson, Williamowsky, Bender & Fishman, P.C.
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
bmb@awbflaw.com
*Counsel for Plaintiff*

*/s/ Yoora Pak*
Yoora Pak (DC Bar No. 467007)
Michelle Bergman (D.C. Bar No. 500651)

403879.1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (Fax)
Yoora.Pak@wilsonelser.com
Michelle.Bergman@wilsonelser.com
*Counsel for Defendant
The Catholic University of America*

403879.1