## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RACHAEL STOREY                         :

                Plaintiff            :

v.                                     :        Case No. 12-CV-00562 KBJ

CATHOLIC UNIVERSITY OF AMERICA:

                Defendant        :

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S
### CATHOLIC UNIVERSITY OF AMERICA'S
### MOTION TO COMPEL DISCOVERY

COMES NOW Plaintiff, RACHAEL STOREY, by and through counsel, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and opposes the Defendant, Catholic University of America's Motion to Compel Discovery and states as follows:

1.    Defendant has filed a Motion to Compel Discovery seeking a complete production of documents, supplemental interrogatory responses, the deposition of the Plaintiff and an independent medical examination.

2.    The Plaintiff has provided hundreds of documents to the Defendant and has no further documents within her possession, custody and control other than a few that will be provided in the next 30 days.

3.    If there are certain medical records the Defendant seeks to obtain, they are able to send a medical release form and obtain the documents on their own. However, Plaintiff is not required to provide documents that she does not have possession of.

4.    Further, regarding the supplemental interrogatory responses, Plaintiff has filed

unexecuted supplemental responses contemporaneous with this opposition. The executed version will be served shortly.

5.     In addition, with respect to the deposition of the Plaintiff, Plaintiff's counsel has informed the Defendant of possible dates for deposition in July and August that the Plaintiff will be available for a deposition. (See Exhibit 1, letter of Bruce M. Bender to Defendant's attorney)

6.     Finally, with respect to the independent medical examination, there is no legal basis to require the Plaintiff to submit to an independent medical examination in this case.

7.     First, Plaintiff has provided Defendant many hundreds of medical records which document her severe disability such as chronic abdominal pain, breathing/ respiratory problems, nausea, migraine headaches, cognitive and memory problems, chronic fatigue, seizures, chronic inflammatory response syndrome, chronic endocrinal problems and multiple chemical sensitivity problems.  The issue in this case was whether Plaintiff had a disability in 2008 and 2010 when the adverse actions occurred, not now.  So an IME will serve no purpose and is not necessary for Defendant to defend this case.

8.     Further, and more importantly, Plaintiff has filed a separate workers' compensation claim against Catholic University of America and submitted to an independent medical examination by Ross Myerson, M.D. in 2012.  There is absolutely no reason to require the Plaintiff to submit to another independent medical examination, especially since the only issue in this case is whether Plaintiff suffers from a disability and not what the cause of the disability is.

9.   Accordingly, Plaintiff respectfully requests that this Court deny Defendant's
     request for a second independent medical examination as they could easily get a
     copy of the first independent medical examination from the insurance carrier in
     the workers' compensation claim.

10.  Finally, Plaintiff consents to the extension of time for the expert disclosures in
     this matter by 60 days.

11.  Accordingly, Defendant's Motion should be denied as moot with respect to the
     supplemental document request and supplemental interrogatory answers.

12.  Further, this Court should deny the Defendant's Motion regarding the request for
     the independent medical examination.

WHEREFORE, the Plaintiff respectfully requests that this Court denies Defendant's
Motion to Compel Discovery.

                                        Respectfully submitted,
                                        AXELSON, WILLIAMOWSKY,
                                        BENDER & FISHMAN, P.C.


                                        _____
                                        Bruce M. Bender, D.C. Bar #381319
                                        401 N. Washington Street, Suite 550
                                        Rockville, Maryland 20850
                                        (301) 738-7660 Office
                                        (301) 424-0124  Fax
                                        e-mail: bmb@awbflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June 2013, a copy of the foregoing was mailed, postage prepaid first class to:

Yoora Pak, Esq.
Kristi L. Johnson, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive – Suite 510
McLean, Virginia 22102-5102

Bruce M. Bender