# AXELSON, WILLIAMOWSKY, BENDER AND FISHMAN, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

JEFFREY M. AXELSON (MD, DC, FL)
SAMUEL D. WILLIAMOWSKY (MD, DC)
BRUCE M. BENDER (MD, DC, IL)
JEREMY K. FISHMAN (MD, DC)

ERICA T. DAVIS RUTH (MD, DC, VA)
RAMZY HALABY (MD, DC)
DAVID W. SHINEMAN, II (MD, DC)

401 NORTH WASHINGTON STREET
SUITE 550
ROCKVILLE, MARYLAND 20850

(301) 738-7600
FAX: (301) 424-0124
WEBSITE: WWW.AWBFLAW.COM

WITH OFFICES IN
MCLEAN, VA
WASHINGTON, D.C.
FREDERICK, MD
COLUMBIA, MD

WRITER'S DIRECT NUMBER:

March 4, 2014

Legal Assistant
Terri L. Peters (301) 738-7661
tlp@awbflaw.com

Bruce M. Bender
(301) 738-7660
bmb@awbflaw.com

Honorable Ketanji Brown Jackson
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Rachael Storey v. Catholic University of America
      Case No. 12-cv-00562

Dear Judge Brown Jackson:

Please be advised that the parties have agreed to a mediation date of April 30, 2014 with Brian Harvey, Esq. serving as the private mediator in this matter. The mediation is expected to take all day on April 30th.

Please let this letter serve as the status report per your Order of February 18, 2014.

The parties were unable to get an earlier date for the mediation arranged because of busy trial schedules.

The parties request that you issue a Supplemental Order extending the various deadlines in this case per the prior motion that was filed.

I thank you in advance.

Sincerely,
AXELSON, WILLIAMOWSKY, BENDER
& FISHMAN, P.C.

Bruce M. Bender

BMB/tlp
cc: Yoora Pak, Esq.
    Rachael Storey