**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RACHAEL STOREY			:

    Plaintiff			:

v.					:	Case No. 12-CV-00562 KBJ

CATHOLIC UNIVERSITY OF AMERICA :

    Defendant			:

## STIPULATION OF DISMISSAL

    The parties, by and through their respective counsel, hereby stipulate and agree, pursuant to the Federal Rules of Procedure, that all claims, actions and causes of action against Defendant Catholic University of America are hereby dismissed with prejudice.

        Respectfully submitted,
        **AXELSON, WILLIAMOWSKY, BENDER
        & FISHMAN, P.C.**


        /S/ *Bruce M. Bender*
        Bruce M. Bender, Esq.
        401 N. Washington Street, #550
        Rockville, Maryland 20850
        (301) 738-7660  Office
        (301) 424-0124 or (301) 738-7671  Fax
        e-mail: bmb@awbflaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of June 2014, a copy of the foregoing was mailed postage prepaid, first class to:

Jeremy Schneider, Esq.
Yoora Pak, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive B Suite 510
McLean, Virginia 22102-5102

                                                            */S/ Bruce M. Bender*
                                                            Bruce M. Bender